```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | JILL M. THOMAS
   | Assistant U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, California  95814
 4 | Telephone: (916) 554-2700
```



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | ) | S.W. NO.2:12-083 EFB |
|---|---|---|
| 3212 Warwick Court<br>Stockton, California | )<br>)<br>)<br>) | ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: Aug 31, 2012

GREGORY G. HOLLOWS
United States Magistrate Judge
GREGORY G. HOLLOWS

1